955 A.2d 353

Anthony HARPER, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, David Digugliemo and Commonwealth of Pennsylvania, Respondents.

Supreme Court of Pennsylvania.

Aug. 21, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.